IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PRIME HEALTHCARE  
SERVICES – SHASTA, LLC,

    Plaintiff,

  vs.

SIERRA PACIFIC INDUSTRIES,

    Defendant.

No. 2:15-CV-2007-CMK

ORDER

On the court's own motion, the hearing on defendant's motion to dismiss, currently set for January 27, 2016, at 10:00 a.m., is continued to February 3, 2016, at 10:00 a.m., before the undersigned in Redding, California. Defendant's motion shall be heard concurrently with plaintiff's motion for remand. Telephonic appearances are permitted.

IT IS SO ORDERED.

DATED: January 20, 2016

                                         **CRAIG M. KELLISON**  
                                         UNITED STATES MAGISTRATE JUDGE